JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAROLD JOHN SCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, acting by and through the Inyo Forest Service, SILVERLAKE RESORT, LLC, and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | No. CV 20-7891 PA (AFMx)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE<br><br><br>Honorable Percy Anderson |

　　The Court has considered the Stipulation of Dismissal without Prejudice that the parties filed.

　　THE COURT HEREBY ORDERS that this action, CV 20-7891 PA (AFMx), is dismissed, without prejudice, against Defendant SILVER LAKE RESORT, LLC, with each party to bear its own costs and fees, including attorney fees.

DATED: October 22, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE